JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SHAWN K.,

              Plaintiff,

    v.

MARTIN O'MALLEY,
Commissioner of Social Security,

           Defendant.

Case No. 2:24-CV-01042-KES

JUDGMENT

    IT IS HEREBY ADJUDGED that, for the reasons set forth in the Memorandum Opinion and Order, the decision of the Commissioner is affirmed.

DATED: June 27, 2024

_____
KAREN E. SCOTT
United States Magistrate Judge

1